```
1  T. KEVIN DOUGHERTY, ESQ., BAR NO. 133172
   LAW OFFICES OF T. KEVIN DOUGHERTY
2  601 South Main Street
   Salinas, CA 93901
3  (831) 783-3440
   FAX (831) 796-0390
4
5
   Attorney for Debtor, Michael & Anna Aubuchon
6
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Chapter 13 Bankruptcy |
| Michael & Anna Aubuchon; ) | Bankruptcy Case No.: 09-56881mmor |
| Debtor. ) | |
| ) | Date: **November 20, 2009** |
| Central Coast Federal Credit Union ) | Time: 10:00 am |
| ) | Location: 1000 S. Main Street |
| Objector. ) | Rm 214, Salinas CA 93901 |
| ) | Quadrangle Bldg. |
| ) | Judge: Marilyn Morgan |

PREHEARING CONFERENCE STATEMENT
RE OBJECTION BY

**Central Coast Federal Credit Union**:

Creditor filed an Objection on September 30, 2009. Debtors filed a Motion to Avoid the Second Deed of Trust on November 3, 2009. Debtors requested a Hearing on the value of the collateral and an Evidence Hearing is scheduled for December 18, 2009 on the factual issues of the value of the collateral. Attached to the motion is an appraisal of the property at $490,000.00. The First Mortgage is $519,312. There is no equity for the second held by objecting creditor.

Debtors respectfully request one-month continuance.

Respectfully submitted,

Date: November 6, 2009        /s/ T. Kevin Dougherty     Bar # 133172
                              Attorney for Debtor (s)