T. Kevin Dougherty
601 S. Main Street
Salinas, Ca 93901
(831) 783-3440
Attorney(s) for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   Michael & Anna Aubuchon            Chapter 13
                                            Case No. 09-56881cn

                                            SUPPLEMENTAL APPLICATION FOR COMPENSATION;
                                            DECLARATION; CERTIFICATE OF SERVICE
Debtor(s)                                 / [Cases filed on or after June 1, 2006]

1. Debtor(s)' petition was filed on __August 18, 2009__.
2. The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on _August 18, 2009_.
3. Debtor(s)' Attorney, _____T. Kevin Dougherty_____, requests the approval of additional attorney's fees in the sum of $_____800.00_____ pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division).
4. Debtor(s)' Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a claim for additional fees, as follows:

___ A post-confirmation plan modification has been filed
    ___ not requiring amended Schedules I & J. [$400]
    ___ requiring amended Schedules I & J. [$600]
___ Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial liens, has been filed by Applicant
    ___ not requiring a court hearing, [$500]
    ___ requiring a court hearing. [$750]
___ A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year from the petition date
    ___ regarding personal property. [$400]
    ___ regarding real property. [$600]
___ Motion to dismiss, convert, or reconvert has been filed, excluding Trustee's Notices of Default regarding plan payments. [$450]
___ Optional preparation of tax returns [ $200 each year x ____ years prepared]
_X_ Motion or adversary proceeding to value and/or avoid real property liens.[$800]

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: __September 15, 2010__        /s/ T. Kevin Dougherty     Bar # 133172
                                     Attorney for Debtor(s)

The Trustee has reviewed this Application and has no objection thereto.

Dated: __OCT 0 4 2010__              _____
                                     Chapter 13 Trustee

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to this case. My business address is: _601 S. Main Street, Salinas, Ca 93901_. I served this Application and Declaration by first class U.S. Mail, postage pre-paid at Salinas, California on those listed below on the date below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

* Michael & Anna Aubuchon      (Debtors)
* 221 Via Paraiso
* Monterey, Ca 93940

Dated: _September 15, 2010_          /s/ Norma A. Castro

Rev. 12/01/09